**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SESON DEON TELEO ADAMS,

                                   Plaintiff,                    **25-CV-4358 (PAE) (VF)**

                    -against-                                    **ORDER**

CITY OF NEW YORK,

                                   Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       This action was referred to the undersigned for general pretrial supervision. ECF No. 37. Plaintiff filed a motion for equitable accounting and restitution (ECF No. 40), which seeks the production of certain financial documents, and a motion regarding newly discovered evidence (ECF No. 51). Both motions are premature as Defendant, The City of New York, has not yet appeared or filed any responsive pleading. The motions are **DENIED** without prejudice to renewal, and Plaintiff may renew the motions once the case reaches the discovery stage. See Perry v. Monaco, No. 24-CV-8736 (LJL), 2025 WL 460804, at *2-3 (S.D.N.Y. Feb. 10, 2025) (denying *pro se* plaintiff's request for expedited discovery without prejudice given that "[d]iscovery generally does not begin until the defendants are served and have filed a responsive pleading").

       The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 40 and 51.

       **SO ORDERED.**

DATED:      New York, New York
            May 28, 2026

                                                _____
                                                VALERIE FIGUEREDO
                                                United States Magistrate Judge