UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SESON DEON TELEO ADAMS,
Plaintiff, Pro Se case,

v. Case No. 25-CV-4358 (PAE) (VF)

CITY OF NEW YORK, et al.,
Defendants.

PLAINTIFF'S RESPECTFUL LETTER-MOTION FOR LIMITED RELIGIOUS EXEMPTION AND DISABILITY-RELATED ACCOMMODATION FROM FIVE-PAGE SETTLEMENT-SUBMISSION LIMIT

Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Figueredo:

Plaintiff Seson Deon Teleo Adams, proceeding pro se, respectfully requests a limited accommodation from the five-page limitation governing confidential settlement submissions under Paragraph 5 of the Court's Standing Order Applicable to Settlement Conferences.

Plaintiff requests permission to submit a confidential settlement statement of no more than ten pages, excluding necessary exhibits and the Attendance Acknowledgment Form. Alternatively, Plaintiff respectfully requests permission to submit the required five-page statement accompanied by a supplemental statement of no more than five pages.

This request arises from exceptional circumstances involving Plaintiff's documented disabilities, medical limitations, sincerely held religious responsibilities as an ordained minister, and the unusually extensive procedural and factual history relevant to meaningful settlement consideration. The matters requiring concise explanation include employment and disability claims, requests for reinstatement and pension restoration, housing and property injuries, administrative proceedings, trust and fiduciary interests, asserted constitutional injuries, and related requests for accounting and nonmonetary relief.

Plaintiff's disabilities affect concentration, organization, and the ability to compress an extensive, interconnected record without unintentionally omitting information material to settlement. Plaintiff's religious and ministerial responsibilities are also directly implicated by portions of the claimed injuries and requested nonmonetary relief. The requested additional

pages would allow Plaintiff to explain these matters coherently while preserving the Court's confidentiality requirements and settlement-focused procedures.

Plaintiff does not seek to disregard the Court's Standing Order, relitigate previously decided matters through this request, or burden the Court with unnecessary material. Plaintiff seeks only a modest and specific accommodation so that the confidential submission may accurately identify:

1. the principal facts and claims relevant to settlement;
2. the relationship between Plaintiff's disability, employment, housing, property, religious, and asserted constitutional injuries;
3. the categories of monetary and nonmonetary relief requested;
4. the prior settlement demand and settlement history;
5. the limited City, State, and federal records that would assist resolution; and
6. the proposed framework for restoration, accounting, compensation, and comprehensive resolution.

Plaintiff will continue to present the information concisely, use headings and tables where appropriate, avoid unnecessary duplication, and attach only exhibits reasonably necessary to facilitate settlement. Plaintiff will mark the submission "CONFIDENTIAL MATERIALS FOR USE ONLY AT SETTLEMENT CONFERENCE" and transmit it to the designated chambers email in accordance with the Standing Order.

No confidential demand, settlement valuation, or privileged settlement communication is disclosed in this public Letter-Motion.

Accordingly, Plaintiff respectfully requests an order permitting either:

A. a confidential settlement statement not exceeding ten pages, excluding exhibits and the Attendance Acknowledgment Form; or

B. the required five-page confidential statement with a supplemental statement not exceeding five additional pages.

Plaintiff respectfully requests any further accommodation or alternative procedure the Court considers appropriate. This request is made in good faith to facilitate an organized, candid, and productive settlement conference.

Dated: 08/04/2026
New York, New York

SESON DEON TELEO ADAMS
Respectfully submitted,
Seson Deon Teleo Adams, Plaintiff, Sui Juris, Real Party in Interest,

Executor, Heir in Equity, Beneficial Equitable Claimant
Individually, Ordained Minister, Registered Marriage Officiant, Former Public Employee,
c/o 818 Bullock Avenue, Lansdowne, Pennsylvania 19050

917-528-6268

Sadams1@sesondeonteleoadams.org

CERTIFICATE OF SERVICE

I certify that on 08/04/2026, I served this Letter-Motion upon counsel for Defendants through the Court's CM/ECF system or by another method authorized by the Federal Rules of Civil Procedure and the Court's orders.

Seson Deon Teleo Adams dba

SESON DEON TELEO ADAMS

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: August 10, 2026**

Plaintiff's request is denied as premature because Defendant has not yet appeared. Plaintiff may renew his request if and when a settlement conference is scheduled, after Defendant has appeared. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 58.