**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
SESON DEON TELEO ADAMS,

Plaintiff,

-against-

CITY OF NEW YORK,

Defendant.

---------------------------------------------------------------X

**25-CV-4358 (PAE) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Plaintiff sent the communication, attached hereto as Exhibit A, via e-mail to the Court. In that e-mail, Plaintiff states his belief that there is a settlement conference scheduled for August 20, 2026. For clarification, **there is no settlement conference scheduled in this case.**

Plaintiff is also informed that he cannot send communications to the Court via e-mail. Plaintiff has consented to electronic service in this case. See ECF No. 52. Thus, if Plaintiff wishes to communicate with the Court, he must do so by filing a letter through ECF. If Plaintiff needs assistance in registering for an account on ECF, he is directed to refer to the instruction manual attached as Exhibit B to this order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

DATED: New York, New York
August 17, 2026

VALERIE FIGUEREDO
United States Magistrate Judge

# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SESON DEON TELEO ADAMS,<br><br>Plaintiff, Sui Juris, Real Party in Interest, Executor, Heir in Equity, Beneficial Equitable Claimant Individually, Ordained Minister, Registered Marriage Officiant, Former Public Employee, Private Treasury Criminal Investigation Officer<br><br>v.<br><br>CITY OF NEW YORK et. al. and NYC COMPTROLLER'S OFFICE,<br><br>Defendants. | Case No. 25-CV-4358 et. al. (PAE) (VF)<br><br>PLAINTIFF'S LETTER-MOTION TO CONFIRM CONFERENCE DETAILS AND REQUEST AUTHORIZED GLOBAL PARTICIPATION |

August 13, 2026

Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1660
New York, New York 10007

Re: Settlement conference scheduled for August 20, 2026

Dear Judge Figueredo:

Plaintiff, proceeding Executor heir in equity pro se case, respectfully submits this Letter-Motion under the Court's December 7, 2023 Settlement Conference Standing Order and May 6, 2025 Individual Practices. Plaintiff does not seek an adjournment. He requests confirmation of the exact start time and appearance method for the August 20, 2026 settlement conference and limited modification or clarification concerning attendance by persons with actual settlement authority.

## Requested Relief

- Confirm the conference start time and that the location is Courtroom 17A, 500 Pearl Street, unless otherwise ordered.
- Direct Defendant to identify the Assistant Corporation Counsel, the person with ultimate City settlement authority, and—if the City Comptroller has authority—the Comptroller representative who will attend or be available by telephone.
- Authorize the parties to invite, without compulsory effect, additional City, New York State, Pennsylvania/Philadelphia, or federal representatives who consent to participate and possess authority over a separately identified component of a possible global resolution.
- Alternatively, permit the August 20 conference to proceed on the operative employment claims and allow the parties to propose a later, separately structured global settlement process if authorized participants cannot attend without delaying the present conference.

## Basis for the Request

The current case is employment-focused, and Plaintiff recognizes that severed defendants, nonparties, sovereign entities, and participants in separate actions are not automatically brought within this conference. A global resolution nevertheless may conserve resources if each component is separately valued and an authorized representative can lawfully resolve it. Plaintiff therefore seeks an orderly process, not a finding that any requested participant is liable, subject to compulsory attendance, or capable of releasing another entity's claims.

The Standing Order requires the person with ultimate settlement responsibility and specifically provides that, where the City Comptroller has authority, defense counsel must arrange for a Comptroller representative to attend or be available by telephone. Plaintiff's request is intended to ensure compliance with that requirement and to prevent confusion between an employment-only resolution and any broader, voluntary resolution.

## Requested Participant Categories

| Category | Requested representative | Limited purpose |
|---|---|---|
| Operative City parties | Assigned Corporation Counsel; ultimate City decisionmaker; Comptroller representative | Employment, payroll, pension, reinstatement, records, and nonmonetary authority |
| Additional NYC custodians | NYCERS and HR/EEO representatives, if authorized | Pension, service credit, accommodation, and implementation |
| New York State | Authorized Attorney General or agency representative, if consenting | Only separately identified State interests or records |
| Pennsylvania / Philadelphia | Authorized Commonwealth or City of Philadelphia counsel, if consenting | Only separate Pennsylvania/Philadelphia matters |
| Federal | Authorized U.S. Attorney or agency representative, if consenting | Only verified federal interests within delegated authority |

## Consultation and Conference Status

Plaintiff has not obtained Defendant's consent to this requested modification as of filing. Plaintiff requests that Defendant state its position promptly. Plaintiff remains ready to attend on August 20, 2026 and does not ask that the conference be postponed while any broader participation question is considered.

Respectfully submitted,

/s/ Seson Deon Teleo Adams

Seson Deon Teleo Adams, Plaintiff, Sui Juris, Real Party in Interest, Executor, Heir in Equity, Beneficial Equitable Claimant Individually, Ordained Minister, Registered Marriage Officiant, Former Public Employee, Private Treasury Criminal Investigation Officer

c/o 818 Bullock Avenue
Lansdowne, Pennsylvania 19050
Dated: August 13, 2026

# Exhibit B

United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;
2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

**IMPORTANT NOTICE**

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;
2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;
3. This service does *not* allow you to electronically file your documents;
4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.